UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANKIE J. WEISNER,

        Plaintiff,

   v.

KATHLEEN ALLISON,

        Defendant.

Case No. 22-cv-07419-SVK

**ORDER OF TRANSFER**

Petitioner, a state prisoner at the California Training Facility ("CTF"), has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a sentence from the Superior Court of Sacramento County. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). However, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Petitioner claims that he is "entitled" to have his "prior strike enhancement removed" because Section 654 of the California Penal Code prohibits multiple punishments for the same offense. (ECF No. 1 at 5.) Because he challenges the validity of his sentence, the preferred venue is the district of his conviction.

Sacramento County, where Petitioner was convicted, lies in the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

//

//

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: February 6, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge